# United States Court of Appeals
## For the First Circuit

No. 06-1466

DANIEL BUCHANAN, as Personal Representative of the Estate of
Michael Buchanan; ESTATE OF MICHAEL BUCHANAN,

Plaintiffs, Appellants,

UNITED STATES,

Intervenor,

v.

STATE OF MAINE; LYNN DUBY, individually and in her official
capacity as former Commissioner of the Maine Department of
Behavioral and Developmental Services; JULIANNE EDMONDSON; JOEL
GILBERT; LINCOLN COUNTY; ROBERT EMERSON; KENNETH HATCH; JOHN
NICHOLAS, Commissioner, Maine Department of Health and Human
Services; WILLIAM CARTER; TODD BRACKETT, Sheriff, Lincoln County,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on November 16, 2006 is
amended as follows:


Page 30, sixth line in paragraph following the heading for
subsection "c":  replace "there is no evidence that the reason
Maine did not" with "he has not shown that Maine's failure to"

Page 31, line 6:  remove one of the two "§" symbols

Page 41, third line after the block quote:  replace the
comma after "564" and before "(2000)" with a space

Page 42, footnote 15, line 3:  replace "Buchanan v. Maine,"
with "Buchanan,"